# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

FILED
U.S. D[ ] COURT
M[ ] LA

2008 MAR 12 A 9:22

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| **KELVIN MCMANUS** | ) | Case No: 3:95-CR-60-004 |
| | ) | USM No: 02656-095 |
| Date of Previous Judgment: 11/03/1995 | ) | Jean M. Faria |
| (Use Date of Last Amended Judgment if Applicable) | | Defendant's Attorney |

### Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  [ ]  the defendant  [ ]  the Director of the Bureau of Prisons  [X  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.§994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 DENIED.   X   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __time served__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ]  The reduced sentence is within the amended guideline range.
[]  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ]  Other

### III. ADDITIONAL COMMENTS
Judgment applies to Counts I and II only.

Except as provided above, all provisions of the judgment dated __11/03/1995__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 11, 2008

_____
Judge's signature

Effective Date:  March 13, 2008
(if different from order date)

Frank J. Polozola, District Judge
Printed name and title

Doc#45106